978 A.2d 914

IN THE MATTER OF EMERY Z. TOTH, JUDGE
OF THE MUNICIPAL COURT.

September 14, 2009.

## ORDER

The Advisory Committee on Judicial Conduct having filed with the Court pursuant to *Rule* 2:15–15(a), a presentment recommending that **EMERY Z. TOTH**, Judge of the Municipal Court of the Borough of South River, be publicly reprimanded for violating *Canon* 1 (a judge should observe high standards of conduct so the integrity and independence of the judiciary may be preserved), *Canon* 2A (a judge should act at all times in a manner that promotes public confidence in the integrity and impartiality of the judiciary), *Canon* 3A(2) (a judge should maintain order and decorum in judicial proceedings), *Canon* 3A(3) (a judge should be patient, dignified, and courteous to litigants, attorneys, and others with whom the judge deals in an official capacity), and for engaging in conduct prejudicial to the administration of justice that brings the judicial office into disrepute, and engaging in intemperate conduct, in violation of *Rule* 2:15–8(a)(4) and(6);

And respondent, through counsel, having accepted the findings and recommendation for discipline of the Advisory Committee on Judicial Conduct and having waived his right to the issuance of an Order to Show Cause and a hearing before the Supreme Court;

And good cause appearing;

It is ORDERED that the findings and recommendation of the Advisory Committee on Judicial Conduct are adopted and **EMERY Z. TOTH**, Judge of the Municipal Court of the Borough of South River, is hereby publicly reprimanded.